**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

*Wendy Agnello, et al. v. Bayer Corporation, et al.* No. 10-cv-10909-DRH

*Lanesha Shanece Dennis v. Bayer Corporation, et al.*                No. 11-cv-12919-DRH

*Lauren Ashley Eubanks v. Bayer Corporation, et al.*                No. 10-cv-13493-DRH

*Rose Garcia v. Bayer Corporation, et al.*                No. 10-cv-10508-DRH

*Casey Levett Grayson v. Bayer Corporation, et al.* No. 11-cv-12924-DRH

*Laquita O'Nekia Harel v. Bayer Corporation, et al.* No. 09-cv-20046-DRH

*Jean Anna Kraus, et al. v. Bayer Corporation, et al.*                No. 11-cv-11889-DRH

*Samantha McClanahan v. Bayer Corporation, et al.*                No. 11-cv-12391-DRH

*Dionne Denae Morrise v. Bayer Corporation, et al.*                No. 11-cv-12118-DRH

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 1, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/*Caitlin Fischer***
**Deputy Clerk**

Date: October 1, 2014

Digitally signed
by David R.
Herndon
Date: 2014.10.01
11:06:24 -05'00'

APPROVED:
　　　　DISTRICT JUDGE
　　　　U. S. DISTRICT COURT

2